AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| ANGELA PERDOMO | ) Case No. |
| a/k/a ANGELA FARMER | ) 6:23-mj-2129 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT
VI TRJ II

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 24, 2023 2022 in the county of Seminole and Orange in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank fraud |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet

_____
Complainant's signature

Thomas Johnson III, TFO  USSS
Printed name and title

Sworn to before me over and signed by me pursuant to Fed R Crim P 4.1 and 4(d)

Date: 10/13/2023

City and state: Orlando, FL

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

CASE NO. 6:23-mj- 2129

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT AND ARREST WARRANT

I, Thomas Johnson III, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AN AGENT BACKGROUND

1. I am a Task Force Officer ("TFO") with the United States Secret Service ("USSS") assigned to the Orlando Field Office. Among my duties as a Task Force Officer, I am charged with the investigation of financial crimes, including bank fraud, wire fraud, identity fraud, credit card fraud, and the manufacturing, possession, and passing of counterfeit private securities, counterfeit United States currency, and counterfeit and fraudulent access devices, such as credit cards, debit cards, and gift cards.

2. The facts set forth in this affidavit are based on my personal knowledge and review of records, documents, and other evidence obtained during this investigation, as well as information conveyed to me by other law enforcement officials and private persons. All observations referenced in this affidavit that were not made by me were related to me by the person who made such observations or were ascertained by me through the review of reports and documentary evidence. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part only and are not intended to be a verbatim recitation of such statements.

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause to obtain criminal complaints and arrest warrants, it does not include each and every fact observed by me or known to the government. I have set forth only those facts necessary to provide appropriate background and to support a finding of probable cause for the requested criminal complaints and arrest warrants.

4. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that **ANGELA PERDOMO a/k/a ANGELA FARMER ("PERDOMO")** has committed violations of the following federal offenses: 18 U.S.C. §§ 1344 (Bank fraud); and 1028A (Aggravated identity theft).

## PROBABLE CAUSE

### A. October 24, 2022 Fraud involving Victims A.S. and J.S.

5. On December 14, 2022, the Seminole County Sheriff's Office ("SCSO") received a report from Truist Financial ("Truist") Fraud Investigations with regard to an instance of fraudulent activity taking place at the Truist branch located in Lake Mary, in the Middle District of Florida. Truist is an FDIC insured bank.

6. According to the Truist report, on October 24, 2022, an over-the-counter withdrawal in the amount of $30,000.00 was made from the account ending in (8470). The transaction was made by a female individual, later identified as PERDOMO, posing as A.S. (the account holder of the account ending in 8470). The funds were converted to Truist Official Checks ending in 5827 and 5853 in the

amount of $15,000.00 each, for a total of $30,000. The person later identified as PERDOMO had presented a Tennessee driver's license in the name of A.S. as proof of identity during the transaction and recorded by the teller handling the transaction.

7. A.S. reported to Truist that she was not the one to have conducted the banking transactions surrounding the suspected fraud on October 24, 2022.

8. Still shot surveillance images of the person conducting the transaction on October 24, 2022, later identified as PERDOMO, are shown below, along with a copy of the Withdrawal Ticket:





9. Also on October 24, 2022, check #5853, made payable to J.S., was cashed by the same female later identified as PERDOMO. The transaction took place at the Truist branch in Longwood, in the Middle District of Florida. PERDOMO, presented a counterfeit Maryland driver's license in the name of J.S. (showing a picture of PERDOMO) as proof of identity during the transaction and recorded by the teller handling the transaction. A copy of check #5853 is shown below:



10. On October 24, 2022, check #5827, also made payable to J.S., was cashed by the same female, later identified as PERDOMO. The transaction took place at a Truist branch in Orlando, in the Middle District of Florida. PERDOMO presented a counterfeit Maryland driver's license in the name of J.S. (showing a picture of PERDOMO) as proof of identity during the transaction and recorded by the teller handling the transaction.





11.     Truist suffered a loss of $30,000.00 due to reimbursing the client victim for the above-referenced fraudulent withdrawals.

12.     A copy of the purported Maryland Driver's License used by Perdomo during the fraudulent transactions on October 24, 2022 is shown below:



13. I proceeded to run a query of the Maryland driver's license (belonging to J.S.) and Tennessee driver's license (belonging to A.S.) through a multi-database law enforcement query, which confirmed that the picture on the suspected counterfeit Maryland driver's license did not match official pictures of the true holders' of either the Maryland driver's license or the Tennessee driver's license. Thus, based on my training and experience, I concluded that the copy of the Maryland driver's license in the name of J.S. was likely counterfeit.

14. On February 24, 2023, I contacted the true J.S. via telephone. Through my interview of J.S., I learned that she was a Truist customer and her Truist accounts had been compromised in October 2022, in which an unknown female was attempting to gain access to J.S.'s accounts to fraudulently withdraw large sums of money. According to J.S., she was made aware of this by Truist. During my interview with J.S., I learned further that J.S. has not been to Florida in the last fifteen years, let alone to any Truist branches in Seminole County, FL.

15. Additionally, while interviewing J.S., she agreed to switch from the interview being done over the telephone to FaceTime, so I could show her copies of Truist checks ending in 5827 and 5853, as well as copies of the suspected counterfeit Maryland driver's license and surveillance footage from fraudulent activity that took place on October 24, 2022.

16. Upon showing J.S. the Truist checks ending in 5827 and 5853, which were made out to J.S., she (the real J.S.) advised me that she did not recognize those checks, nor had she ever been written a check by an A.S. before.

17. Upon showing J.S. the copy of the suspected counterfeit Maryland driver's license, J.S. advised me that the suspect counterfeit driver's license did not belong to her, nor was it a true and accurate depiction of what her actual Maryland driver's license looked like. J.S. confirmed that the individual shown in the counterfeit Maryland driver's license was not her.

18. Upon showing J.S. copies of the surveillance footage from the fraud that took place on October 24, 2022, she advised me that she did not recognize anyone in the surveillance footage and that none of those individuals were her.

B. **Identification of PERDOMO**

19. On February 27, 2023, I drafted and disseminated still shot images of the unknown female (later identified as PERDOMO) who committed the fraud in question on October 24, 2022 to various financial crimes investigators and law enforcement agencies throughout Florida, in an attempt to identify her.

20. On February 28, 2023, I received information from other law enforcement officers and the Truist investigator. The information indicated that PERDOMO was a likely match (via law enforcement databases) to the female who committed the fraud on October 24, 2022. Various law enforcement agencies also advised me that PERDOMO was linked to other account compromises of various other Truist account holders.

21. I have reviewed the DAVID photograph for PERDOMO and it appears to be a match to the female shown in the still shot surveillance images captures by Truist and contained herein.

C. **October 28, 2022 Fraud Involving Victim K.G.**

22. Another account compromise took place on October 28, 2022, in Altamonte Springs, in Seminole County in the Middle District of Florida. On that date, PERDOMO impersonated K.G. by using a suspected counterfeit United States Passport ID Card and suspected counterfeit Social Security Card with K.G.'s name and information on them. PERDOMO, presenting herself as K.G., attempted to withdraw $8,200.00 worth of funds from K.G.'s accounts ending in (0130) and (0471), but was unsuccessful. The fraudulent identification cards used by PERDOMO on October 28, 2022 are shown below:

 

23. A query through law enforcement databases showed that the Passport ID Card used by PERDOMO in the name of K.G. belonged to a male by the name of A.S. A query through law enforcement databases also showed that the image of PERDOMO on the Passport ID Card did not match the image of the true K.G.

24. Additionally, on February 28, 2023, I contacted victim K.G. via telephone with regards to the above-described fraud. Through my interview of K.G., I learned that she was a Truist customer and her Truist accounts had been

compromised in or around October 2022 through December 2022. K.G. stated than an unknown female had attempted to gain access to K.G.'s accounts to fraudulently withdraw large sums of money. According to K.G., she was made aware of this by Truist.  K.G. explained that she has not been to Florida in the last year, let alone to any Truist branches in Seminole County, FL.

25. Furthermore, while interviewing K.G., she agreed to switch from the interview being done over the telephone to Facetime, so I could show her copies of the suspected counterfeit United States Passport ID Card and suspected counterfeit Social Security Card with K.G.'s information on them.  Upon showing K.G. the suspected counterfeit United States Passport ID Card and suspected counterfeit Social Security Card with her social security number on it; K.G. advised me that the suspected counterfeit United States Passport ID Card did not belong to her, nor had she ever had a United States Passport ID Card. K.G. further stated that the unknown female (PERDOMO) in the photo of the counterfeit U.S. Passport ID Card was not her, nor did she know who that individual was.

26. K.G. also stated that the suspected counterfeit Social Security Card with her social security number on it did in fact have the right social security number, but that she had not received any new copies of her social security card in recent time, as the social security card in her possession was the original from decades ago.

D. <u>Other Fraud Committed by PERDOMO</u>

27.  As of September 2023, I have received numerous incidents of fraudulent activity, which I believe to have been committed by PERDOMO. PERDOMO has compromised or attempted to compromise the Truist accounts of approximately twelve Truist account holders (victims) in Georgia, Florida, and Tennessee. During those instances of fraud, PERDOMO assumed the identities of other real individuals and used counterfeit identity documents in order to obtain cash withdrawals and fraudulent check orders, which she later cashed at various Truist branches. In total, PERDOMO has successfully obtained about $172,574.00 as proceeds of her fraud.

28.  It has been established that PERDOMO has a phone number of xxx-xxx-7443 ("Phone Number 7443") that is connected to her that is being used as part of the scheme to defraud Truist account holders. Phone number 7443 has been confirmed to be connected to PERDOMO through various law enforcement reports. Additionally, PERDOMO listed phone number 7443 as her contact number for her social security benefits profile. PERDOMO's daughter also confirmed PERDOMO's phone number as the 7443 number.

29.  On October 11, 2022, PERDOMO called Truist customer support from her Phone Number 7443, acting as A.Z., and inquired on the recent account balances for accounts ending 4552 and 5763. Within minutes of calling, PERDOMO entered the Truist branch in Haines City, FL, where she impersonated A.Z. and gained access to the account ending in 4552 and withdrew $7,200.00 from that account. On the same day, PERDOMO also entered the Truist branch in Winter Haven, FL,

where she again impersonated A.Z. and gained access to account ending in 5763 and withdrew $6,800.00 from that account. The still shot surveillance images from those transactions are shown below:



30. On October 17, 2022, PERDOMO called Truist customer support from Phone Number 7443, acting as L.R., and inquired on the recent account balance for account ending in 9720. Within minutes of calling, PERDOMO entered the Truist branch in Homosassa Springs, FL, where she impersonated L.R. and gained access to account ending in 9720 and purchased Truist check #1356 for $15,000.00. PERDOMO made the check payable to L.D. Within a few hours of that, PERDOMO entered the Truist branch in Ocala, FL, where she impersonated L.D. and cashed check #1356 for the $15,000.00. The still shot surveillance images from those transactions are shown below:



31.     On October 18, 2022, PERDOMO called Truist customer support from Phone Number 7443, acting as E.T., and inquired on the recent account balances for accounts ending 0385 and 0580. Shortly thereafter, PERDOMO entered the Truist branch in Connerton (Land O' Lakes), FL, where she impersonated E.T. and gained access to account ending in 0580 and withdrew $8,100.00 from the account. Less than an hour later, PERDOMO entered another Truist branch in Land O' Lakes, FL, where she posed as E.T. and gained access to account ending in 0385 and withdrew $7,300.00 from the account. The still shot surveillance images from those transactions are shown below:




32. On October 18, 2022, PERDOMO called Truist customer support from Phone Number 7443, acting as D.M., and inquiring on the recent account balance for account ending in 5326. Within minutes of calling, PERDOMO entered the Truist branch in Carrollwood, FL, where she impersonated D.M. and gained access to account ending in 5326 and withdrew $7,400.00 from the account. On October 19, 2022, PERDOMO called Truist customer support from phone number 7443, again acting as D.M., and inquired on the recent account balance for account ending in 5326. Within minutes from that call, PERDOMO entered the Truist branch in Plant City, FL, where she impersonated D.M. and gained access to account ending in 5326 and withdrew $9,400.00 from the account. Shortly thereafter, PERDOMO entered the Truist branch in Imperial Lakes (Palmetto), FL, where she impersonated D.M. again and gained access to account ending in 5326 and withdrew $10,000.00 from

the account. The still shot surveillance images from those transactions are shown below:











## CONCLUSION

33. Based on the foregoing, I submit there is probable cause to believe **ANGELA PERDOMO** committed violations of the following federal offenses: 18 U.S.C. §§ 1344 (Bank fraud); 1028A (Aggravated identity theft). I therefore request that the Court issue the proposed criminal complaint and arrest warrant in this case.

Respectfully submitted,

Thomas Johnson III, Task Force Officer
United States Secret Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(f)(2) before me this 13 day of October, 2023.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: TiffanyPalmer